**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

Lindy Lamont Jones, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2021-000975

Appeal From Orangeburg County
Diane Schafer Goodstein, Circuit Court Judge

Unpublished Opinion No. 2025-UP-265
Heard March 5, 2025 – Filed July 30, 2025

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

Senior Appellate Defender Kathrine Haggard Hudgins, of Columbia, for Petitioner.

Attorney General Alan Wilson, Assistant Attorney General Ambree M. Muller, and Assistant Attorney General Kylee Marcella Kanealey, all of Columbia; and Solicitor David M. Pascoe, Jr., of Orangeburg; all for Respondent.

**PER CURIAM:** We issued a writ of certiorari to review the post-conviction relief (PCR) court's denial of Lindy Lamont Jones's application for PCR. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**WILLIAMS, C.J., and GEATHERS, and TURNER, JJ., concur.**